IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME C. COSBY, JR., <br><br> Plaintiff, <br><br> v. <br><br> MILLARD REFRIGERATED SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE <br> ) NO. 1:10-CV-1587-GET <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for the parties, as evidenced by signature of counsel below, that the above-entitled action, including but not limited to any and all claims which were brought or could have been brought in the above-styled civil action, are dismissed with prejudice pursuant to rule 41 of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

This 21st day of January, 2011.

For Plaintiff

/s/ Dean R. Fuchs
Dean R. Fuchs
Georgia Bar No. 279170
Schulten Ward & Turner LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800

For Defendant

/s/ Kwende B. Jones
Kwende B. Jones
Georgia Bar No. 041155
Burr & Forman, LLP
171 Seventeenth Street NW Suite 1100
Atlanta, GA 30363
(404) 815-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME C. COSBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:10-CV-1587-GET |
| MILLARD REFRIGERATED ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with the font and font size requirements of LR 5.1 (Times New Roman, 14-point) and that I have this day served the foregoing STIPULATION OF VOLUNTARY DISMISSAL on opposing counsel using the Court's CM/ECF electronic filing system as follows:

Peter R. Spanos, Esq.          Kwende B. Jones, Esq.

This 21st day of January, 2011.

/s/ Dean R. Fuchs
DEAN R. FUCHS
Georgia Bar No. 279170
Attorney for Plaintiff

Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800